# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 14-cr-00336-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4. Shaun Gutierrez,

      Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on July 14, 2015 (Docket No. 313). A Change of Plea Hearing is set for **August 12, 2015** at **1:30 p.m**. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the status conference scheduled for **August 3, 2015** is VACATED as to Defendant Shaun Gutierrez only.

DATED this 20th day of July, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge