**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00336-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4.     SHAUN GUTIERREZ,

     Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

     Pursuant to the Notice of Disposition filed on January 27, 2016 (Docket No. 453).  A

Change of Plea Hearing is set for **February 11, 2016 at 9:00 a.m.**  Counsel for the parties shall

email a courtesy copy of all change of plea documents separately to my chambers:

(Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours

before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing,

counsel shall bring with them an original and one copy of the plea agreement and the statement

in advance.  *See* D.C.COLO.LCrR 11.1F.

     The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which

includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement

in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

     DATED this 29th day of January, 2016.

                    BY THE COURT:

                    _____

                    RAYMOND P. MOORE
                    United States District Judge